No. 2870. ANA MARÍA SUGAR COMPANY, APELADA, v. CORREA, APELANTE.—Corte de Distrito de Aguadilla. Resuelto en noviembre 9, 1922. Examinada la moción de la apelada y la certificación que se acompaña, se declara con lugar y se desestima la apelación.

No. 2751. DELGADO, APELANTE, v. HIDALGO ET AL., APELADOS.—Corte de Distrito de Humacao. Resuelto en noviembre 9, 1922. Apareciendo haberse presentado la transcripción de autos de este caso pero no que se haya radicado alegato alguno no obstante las prórrogas concedidas, se declara con lugar la moción sobre desestimación de apelación.

No. 1995. EL PUEBLO, APELADO v. PEÑA ET AL., APELANTES. —Corte de Distrito de Humacao. Resuelto en noviembre 9, 1922. Infracción artículo 407 del Código Penal. No existiendo pliego de excepciones ni relación de hechos y no apareciendo error fundamental alguno, ni que el apelante haya radicado alegato, se confirma la sentencia.

No. 2833. HERNÁNDEZ, APELADO, v. RIVERO, APELANTE.— Corte de Distrito de San Juan, Primer Distrito. Daños y perjuicios. Resuelto en noviembre 10, 1922. Apareciendo que habiéndose archivado la transcripción de autos en julio 26, 1922, el apelante no ha radicado su alegato dentro del término reglamentario ni solicitado prórroga, se declara con lugar la moción y se desestima la apelación.

No. 2890. SÁNCHEZ, APELADO, v. GONZÁLEZ, HOY SU SUCESIÓN, APELANTE.—Corte de Distrito de Guayama. Daños y perjuicios. Resuelto en noviembre 14, 1922. Examinada la moción del apelado y la certificación que se acompaña se declara con lugar y se desestima la apelación.